IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

VINCENT CLAUDE MEDINA
A/K/A FRACTAL FACE,
VINCENT CLAUDE MEDINA,
AND VINNY MEDINA,

       Appellant,

 v.

Case No.  5D22-590
LT Case No. 2021-DR-1362

S.R.H., MOTHER OF
S.M., A CHILD,

       Appellee.

_____/

Opinion filed November 14, 2022

Appeal from the Circuit Court
for Citrus County,
Charles Helm, Judge.

Linda Bellomio Commons, of Linda
Bellomio Commons, P.A., Tampa,
for Appellant.

No Appearance for Appellee.

PER CURIAM.

AFFIRMED. *See Disston v. Hanson*, 116 So. 3d 612, 612 (Fla. 5th DCA 2013) ("Because there is competent substantial evidence in the record to support the injunction, we affirm. While the evidence was in sharp contrast, the credibility of the witnesses is within the trial court's exclusive purview. We cannot reweigh the evidence.").

LAMBERT, C.J., EVANDER and EDWARDS, JJ., concur.